**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**FILED**

September 11, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jaime Galaviz_____
DEPUTY

**UNITED STATES OF AMERICA**
*Plaintiff*

**VS**

**Eros Giovanni Porras-Villalobos**

§
§
§
§
§
§
§
§
§

**Case No.   EP:20-CR-1694-LS-1**



## ORDER DENYING APPLICATION FOR RETURN OF CASH BAIL

Came on this date for consideration the application of **Monserrat Porras** for an order directing the Clerk of this Court to deliver to her the sum of **$4000.00**. The Court is of the opinion that said cash bail should **NOT** be returned to Petitioner. The petitioner needs to provide legal authority to act on deceased mother's behalf. It is therefore **ORDERED** that the application of **Monserrat Porras** is **DENIED**.

---

**ORDERED** at **El Paso**, Texas, this the **9th** day of _____**September**_____, 20 **25**.

_____
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
_El Paso_ **DIVISION**

**FILED**
August 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jaime Galaviz_____
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| VS. | § | NO. _3:20 CR 1694_ |
| _Eros Giovanni Porras_ | § | |

### APPLICATION FOR RETURN OF CASH BAIL

Now comes _Monserrat Porras_ and represents to the Court that on _18-September-2024_ he/she deposited funds with the Clerk, U.S. District Court, Western District of Texas in the amount of _4,000_ as cash bail for the appearance of the defendant herein, to answer the charge or charges, filed against him/her in this cause; that the terms of said bond have now been satisfied; and that said petitioner is entitled to the return of said cash bail deposited by him/her.

WHEREFORE, petitioner requests the Court to enter an order directing the Clerk of this Court to return said cash bail to him/her.

Respectfully submitted,

_Monserrat P.V._
Signature

(Address provided under separate cover)

APPROVED:

BY: _Sean Wang_
U.S. Attorney

AO 245B (Rev. TXW 11/16) Judgment in a Criminal Case                                    Judgment -- Page 5 of 5

DEFENDANT:        EROS GIOVANNI PORRAS-VILLALOBOS
CASE NUMBER:      EP:20-CR-01694-LS(1)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, Attn: Mail Log, Albert Armendariz, Sr. United States Courthouse, 525 Magoffin Avenue, Suite 105, El Paso, TX, 79901 or online by Debit (credit cards not accepted) or ACH payment (direct from Checking or Savings Account) through Pay.gov (link accessible on the landing page of the U.S. District Court's Website). **Your mail-in or online payment must include your case number in the exact format of DTXW320CR001694-001 to ensure proper application to your criminal monetary penalty.** The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTAL: | $100.00 | $.00 | $.00 | $.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DTXW320CR001694;   Party Num: 001;   Payee Code: N/A**
**Show Party Details: N;   Show Payee Details: Y;   Show Transactions: Y**

| Case Number | DTXW320CR001694 | **Case Title** | USA V. PORRAS-VILLALOBOS |
|---|---|---|---|

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | TXW19962 | EROS GIOVANNI PORRAS-VILLALOBOS | TXWA320CR-016941 | CRIMINAL BONDS TREAS REGISTRY | | 4,000.00 | 4,000.00 | 0.00 |
| 001 | TXW19962 | EROS GIOVANNI PORRAS-VILLALOBOS | TXWA320CR-016941 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 4,100.00 | 4,100.00 | 0.00 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| 254075409 | TREASURY DEPARTMENT FCU | Treasury | 604700 | 4,000.00 |

Monserrat Porras Villalobos

9010 Betel Dr.   Apt:B205

A quien le corresponda:

Un día mi hermano Eros Giovanni Porras Villalobos decido entregarse que fue lo correcto, fue un proceso doloroso ya que a mi mama Liliana Villalobos Chávez ya le había detectado Cáncer de colon la operaron y se esparció al Hígado que se fue esparciendo también a los Pulmones, hicimos todo lo posible para que ella estuviera al menos en el juicio final pero no se pudo, Dios ya quiso llevársela. El día 20 de febrero mi mama falleció, todavía mi hermano Eros que lo encarcelaron por cruzar droga estaba libertad por fianza, Gracias a Dios que lo dejaban cruzar a Juárez para visitarla y estar con ella, lo agradezco demasiado, pero lamentablemente ella falleció cuando mi hermano Eros estaba todavía fuera, le faltaba poco para su Juicio final. En ese proceso cuando mi mama todavía estaba viva, pago una Fianza de 4 mil dólares para que saliera fuera por un tiempo hasta que fuera su juicio final, y ahora yo Monserrat Porras, hija de Liliana  Villalobos Chávez y hermana de Eros Giovanni Porras vengo a recoger su Fianza ya que mi mama ya no está aquí y mi hermano Eros está en la cárcel, las instrucciones fueron que fuera a recoger la fianza cuando Mi hermano Eros estuviera en la cárcel máximo 2 semanas adentro. La carta de Defunción esta junto con esta.

Gracias.

# Estados Unidos Mexicanos
# Acta de Defunción

Clave Unica de Registro de Población

VICL790927MCHLHL06

N° de Certificado de Defunción de la SSA

240079833

Entidad de Registro

CHIHUAHUA

Municipio de Registro

JUAREZ, JUAREZ

| Fecha de Registro | Oficialía | Libro | Foja | Acta |
|---|---|---|---|---|
| 05 DE MARZO DE 2025 | 1 | 1097 | 102 | 620 |

## Datos de la Persona Fallecida

**LILIANA**
Nombre(s)

**VILLALOBOS**
Primer Apellido

**CHAVEZ**
Segundo Apellido

**MUJER**
Sexo

**SOLTERA**
Estado Civil

**MEXICANA**
Nacionalidad

**27/09/1979**
Fecha de Nacimiento

--------
Nombre Cónyuge

**JUAREZ, JUAREZ**
Lugar de Nacimiento

**CHIHUAHUA**
Entidad de Registro
de Nacimiento

**JUAN DEL CARMEN VILLALOBOS RAMIREZ**
Padre

**ANGELINA CHAVEZ ARAUJO**
Madre

## Datos de la Defunción

**20 DE FEBRERO DE 2025**
Fecha

**CD. JUAREZ, CHIHUAHUA**
Lugar de Defunción

**INHUMACION**
Destino del cadáver

Causas de la Defunción

**FALLA ORGANICA MULTIPLE, METASTASICO A PULMON, METASTASICO A HIGADO, CANCER DE COLON**

| Anotaciones Marginales | Certificación |
|---|---|
| ------------------------------- ------------------------------- ------------------------------- ------------------------------- ------------------------------- *NO CONTIENE ANOTACIONES* ------------- ------------------------------- ------------------------------- ------------------------------- ------------------------------- | LA PRESENTE CERTIFICACIÓN ES UN EXTRACTO DEL ACTA CUYOS DATOS ARRIBA SE PRECISAN Y QUE SE EXPIDE FIRMADA ELECTRÓNICAMENTE, Y DE MANERA AUTÓGRAFA CON FUNDAMENTO EN LOS ARTICULOS 49 DEL CODIGO CIVIL DEL ESTADO DE CHIHUAHUA Y 2 DEL REGLAMENTO INTERIOR DEL REGISTRO CIVIL DEL ESTADO DE CHIHUAHUA, EN JUAREZ, JUAREZ<br><br>A LOS CINCO DIA(S) DEL MES DE MARZO DE DOS MIL VEINTICINCO. DOY FE.- |

30803700012025006201

*C56996564125*

**CHIHUAHUA**
GOBIERNO DEL ESTADO
Juntos Sí podemos

MTRO. RAFAEL ALEJANDRO CORRAL VALVERDE

DIRECTOR GENERAL DEL REGISTRO CIVIL

Para verificar la validez del contenido de este documento visite la página en internet : http://www.chihuahua.gob.mx/registrocivil/